**STATE of Missouri, Respondent,**

v.

**Terrance UTLEY, Appellant.**

**No. 51653.**

Missouri Court of Appeals,
Eastern District,
Division Six.

March 24, 1987.

Motion for Rehearing and/or
Transfer Denied
April 29, 1987.

Application to Transfer Denied
June 16, 1987.

Henry B. Robertson, St. Louis, for appellant.

William L. Webster, Atty. Gen., Liza Healy, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for involuntary manslaughter, in violation of § 565.024, RSMo 1986.

Judgment affirmed.  Rule 30.25(b).